

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00839-CV

**BELL SUPPLY COMPANY LLC**,
Appellant and Cross-Appellee

v.

**MAJESTY INVESTMENT LLC** d/b/a Clear Creek Equipment,
Appellee and Cross-Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-00191-CVK
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Bell Supply Company LLC, bear all costs of this appeal.

SIGNED March 26, 2014.

_____
Luz Elena D. Chapa, Justice